EDNA GILES FULLER *et al., Appellants,* v. CLIFFORD J. FUL-
LER *et al., Appellees.*

Decision Filed April 1, 1920.

An Appeal from a Decree of the Circuit Court within
and for the County of Orange; James W. Perkins, Judge.

*Davis & Giles,* for Appellants;

*Robinson & Bridges,* for Appellees.

PER CURIAM.—This cause having heretofore been sub-
mitted to the Court upon the transcript of the record of
the decree aforesaid, and argument of counsel for the re-
spective parties, and the record having been seen and in-
spected, and the Court being now advised of its judgment
to be given in the premises, it seems to the Court that
there is no error in the said decree; it is, therefore, con-
sidered, ordered and adjudged by the Court that the said
decree of the Circuit Court be, and the same is hereby,
affirmed.

All concur.